# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZACHARY CLOSE,<br><br>        Plaintiff,<br><br>v.<br><br>ARS aka ACCOUNT RESOLUTION SERVICES aka HRRG, LLC aka HEALTHCARE REVENUE RECOVERY GROUP, LLC, INPHYNET SOUTH BROWARD, LLC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:20-cv-11871 |

### STIPULATED DISMISSAL OF DEFENDANTS TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY STIPULATED by plaintiff Zachary Close and defendants Trans Union, LLC, Equifax Information Services LLC, and Experian Information Solutions, Inc., through their respective counsel of record, that the above-entitled action shall each be dismissed with prejudice. Each party shall bear its own costs and expenses.

DATED this 4th day of May, 2021.

**For Plaintiff Zachary Close**

                                            /s/ Justin M. Baxter
                                            Justin M. Baxter, pro hac vice
                                            Baxter & Baxter, LLP
                                            8835 SW Canyon Lane, Ste 130
                                            Portland, Oregon 97225
                                            Telephone (503) 297-9031
                                            Facsimile (503) 291-9172
                                            justin@baxterlaw.com

**For Defendant Trans Union, LLC**

/s/ Evan R. Rutter
Evan R. Rutter, admitted pro hac vice
Schuckit & Associates, P.C
4545 Northwestern Drive
Zionsville, IN 46077
(317)363-2400
Fax: (317)363-2257
Email: erutter@schuckitlaw.com

**For Defendant Equifax Information Services, LLC**

/s/ Maura Bragg
Maura Bragg
Seyfarth Shaw, LLP
Two Seaport Lane, Ste. 300
Boston, MA 02210-2028
617-737-1900
Email: mbragg@seyfarth.com

**For Defendant Experian Information Solutions, Inc.**

/s/ Angela M. Taylor
Angela M. Taylor, admitted pro hac vice
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612
(949) 851-3939
Fax: (949) 553-7539
Email: angelataylor@jonesday.com

## **CERTIFICATE OF SERVICE**

I certify that on the 4th day of May, 2021, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which provided electronic notice to the following:

Evan Rutter, erutter@schuckitlaw.com
Mardic A. Marashian, mardic@boninmarashian.com
*Attorneys for Defendant Trans Union, LLC*

Maura Bragg, mbragg@seyfarth.com
*Attorney for Defendant Equifax Information Services, LLC*

Angela M. Taylor, angelataylor@jonesday.com
Laura Diss Gradel, lgradel@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

John O'Connor, joconnor@peabodyarnold.com
Christina T.E. Staffiere, cstaffiere@peabodyarnold.com
*Attorneys for Defendant ARS and Inphynet*

/s/ Elizabeth A. Miller
Elizabeth A. Miller
BBO #559347
176 Federal Street
5th Floor
Boston, MA 02110
617-478-4914
elizabethamiller@comcast.net