UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZACHARY CLOSE,<br><br>        Plaintiff,<br>v.<br><br>ARS aka ACCOUNT RESOLUTION SERVICES aka HRRG, LLC aka HEALTHCARE REVENUE RECOVERY GROUP, LLC, INPHYNET SOUTH BROWARD, LLC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:20-cv-11871 |

**PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL DISCOVERY FROM DEFENDANTS ARS AND INPHYNET**

Plaintiff Zachary Close moves to compel Defendant's ARS aka Account Resolution Services aka HRRG LLC aka Healthcare Revenue Recovery Group, LLC ("ARS") and Inphynet South Broward, LLC ("Inphynet") supplemental responses to his interrogatories and requests for production.

WHEREFORE, for the reasons more fully discussed in the Memorandum of Support and supported by the Declaration of Justin M. Baxter and exhibits thereto, Plaintiff respectfully request that the Court grant this Motion and compel ARS and Inphynet to provide responses to the specified requests.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) Plaintiff requests a hearing on this motion.

Dated this 1st day of July, 2021

/s/ Justin M. Baxter
JUSTIN M. BAXTER, admitted pro hac vice
justin@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

Matthew P. Cook, admitted pro hac vice
Cook Law, LLC
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone: 314-200-5536
Email: Cookmp21@yahoo.com

Elizabeth A. Miller, BBO #559347
176 Federal Street, 5th Floor
Boston, MA 02110
Phone: 617-478-4914
Email: elizabethamiller@comcast.net

*Attorneys for Plaintiff*

## LOCAL RULE 37.1(B)(2) CERTIFICATE

I, Elizabeth Miller, hereby certify pursuant to Local Rule 37.1(b)(2) the following:

As of the date of this motion, Defendants have not provided amended or supplemental discovery responses or documents, or responded to multiple entreaties by Plaintiff's counsel. I sent an email on April 23, 2021 to Defendants' counsel John J. O'Connor asking for a meet and confer and proposing dates. I reiterated this request by email on April 26th and Plaintiff's counsel Justin Baxter also emailed Attorney O'Connor on April 26th requesting a meet and confer. Attorney O'Connor did not reply as to the proposed dates or propose other dates and did not make himself available for a conference. His only response was an April 28th email asking that we email him summarizing Plaintiff's disputes.

On May 4th Attorney Baxter emailed a detailed summary of Plaintiff's disputes and once again asked that Attorney O'Connor provide a date and time for a meet and confer call. In the intervening month Attorney O'Connor has periodically emailed that he was working on supplemental discovery responses but none have been provided. He has never responded to the request for a discovery conference and has never indicated what additional discovery he is willing to provide. On May 26th Attorney Baxter called Attorney O'Connor and left a voicemail followed up by yet another email seeking the supplemental discovery. Attorney O'Connor responded that he was still working on it. Attorney Baxter gave a deadline of June 10th to receive the supplements. Nothing was received by that day.

On June 16, 2021 the Court entered a Protective Order in this matter and Attorney Baxter wrote to defense counsel asking that they "produce all responsive documents and discovery responses that were withheld or objected to on that basis within seven days." Again nothing was received.

/s/Elizabeth A. Miller
Elizabeth A. Miller

**LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2), and as set forth more fully in the above Local Rule 37.1(b)(2) Certificate, Plaintiff's counsel certifies that they have conferred with counsel for Defendants and attempted in good faith to resolve or narrow the issues raised by this motion but have been unsuccessful.

/s/Elizabeth A. Miller
Elizabeth A. Miller

CERTIFICATE OF SERVICE

I, Elizabeth A. Miller, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first class mail, postage prepaid, on July 1, 2021.

/s/Elizabeth A. Miller
Elizabeth A. Miller