RETURN OF SERVICE

US District court of MA                7/26/21

I hereby certify and return, that I this day summoned the within named:

**Arthur Deych**

To appear as within directed on the subpoena, by delivering the document(s) to:

Arthurs wife, and co resident of home, who stated she could accept documents, and would give them to her husband, Arthur.

Service was made at: 4 Harbor View, Winthrop at 10:10 AM

The following was served:

An attested copy of the subpoena together with: $0.00 fees for attendance and travel. ( no witness fee required).

Signed under the penalties of perjury

Server _____

Jon Pollack

Process Server & Disinterested Person