## RETURN OF SERVICE

US DISTRICT COURT OF MA                                                                 Date: 9/14/21

I hereby certify and return, that I this day summoned the within named:

**WELLESLEY MAZDA**

To appear as within directed on the subpoena, by delivering the document(s) to:

DARREN BONANO, MGR. authorized to accept service.

Service was made at: 965 WORCESTER ST, WELLESLEY at 1:40 PM

The following was served:

An attested copy of the subpoena together with: $0.00 fees for attendance and travel. ( no witness fee required).

Signed under the penalties of perjury

Server _____

Jon Pollack

Process Server & Disinterested Person